# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MARY DENISE YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0632-CG-M |
| | ) |
| QUALITY CARE REHAB, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the relevant pleadings and the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that Defendant's Motion to Dismiss (Doc. 19) is **DENIED.**

**DONE and ORDERED** this 30th day of September, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE