# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY DENISE YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 15-0632-CG-M** |
| | ) | |
| **QUALITY CARE REHAB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **MARY DENISE YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 16-0429-WS-B** |
| | ) | |
| **THERAPY MANAGEMENT** | ) | |
| **CORPORATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal on July 12, 2017
(Doc 41), all claims in this action are hereby **DIMISSED** in their entirety with
prejudice.  Each party shall bear her or its own fees and costs.

**DONE and ORDERED** this the 18th day of July, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE